**STATE of Maine**

v.

**Daniel H. CURRIER.**

Supreme Judicial Court of Maine.

Argued Jan. 13, 1986.

Decided Feb. 6, 1986.

David W. Crook, Dist. Atty., John Alsop (orally), Asst. Dist. Atty., Skowhegan, for the State.

Hyde, Day & Ferris, William Thomas Hyde (orally), Skowhegan, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Asserting insufficiency of the evidence, Daniel H. Currier appeals his conviction in Superior Court, Somerset County, of burglary and theft (17–A M.R.S.A. §§ 401 and 353 (1983)). The record discloses that Currier was apprehended in the immediate vicinity of the burglarized building and in close proximity to articles removed therefrom in circumstances warranting a rational conclusion beyond a reasonable doubt that he was guilty as charged. That evidence was sufficient.

The entry is:

Judgment affirmed.

All concurring.